# MICHAEL P. COTTER

**CHAPTER 13 STANDING TRUSTEE**
**870 GREENBRIER CIRCLE, SUITE 402**
**CHESAPEAKE, VA 23320**
**TELEPHONE (757) 961-3000**
**FACSIMILE (757) 961-3001**

September 23, 2021

INTERNAL REVENUE SERVICE
PO BOX 7317
PHILADELPHIA, PA 19101-7317

Re: GLENDA STEPHENSON DUNBAR
    Case No.: 17-71003
    Account No.: 3740
    USBC No.: 8
    Trustee No.: 51

Dear Sir or Madam:

    We have received your correspondence dated September 03, 2021, advising that it is no longer necessary for this office to make any further distributions on your above-referenced claim. Accordingly, we shall make no further distributions on your claim.

    Should you have any questions or concerns relating to this matter, please respond in writing within thirty (30) days of the date of this letter.

    Thank you.

Very truly yours,

*[signature]*

Michael P. Cotter
Chapter 13 Trustee

cc: ELECTRONIC SERVICE - EDRIE A PFEIFFER ESQ
    CLERK, U.S. BANKRUPTCY COURT - EASTERN DISTRICT OF VIRGINIA