# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

In Re: Glenda Stephenson Dunbar
                    Debtor(s).           Case No.: 17-71003-SCS

## ORDER GRANTING AUTHORITY TO SELL REAL PROPERTY POST DISCHARGE

This matter came to be heard upon the Motion of the Debtor Glenda Stephenson Dunbar, by counsel for Authority to Sell Real Property located at 1003 Hatton St, Norfolk, VA; for a sales price of $55,900.00, with an expected Closing date of October 1, 2021, and it further appearing that sale of this property will allow the debtor to pay all associated closing costs in the approximate amount of $23,577.77; pay all outstanding utilities, taxes and fees in the approximate amount of $132.39; and would allow the debtor to retain, after paying all these other amounts, a sum of approximately $32,454.62 of the proceeds of sale and the Court further determining that it would be in the best interest of the creditors and parties in interest in this case to allow this sale to take place under certain conditions and provisions and for these reasons and other good cause shown, it is hereby:

It is **ADJUDGED, ORDERED** and **DECREED** that the Debtor is authorized to sell and convey the real property commonly known as 1003 Hatton Street, Norfolk, VA, more particularly described as:

All that certain lot or parcel of land, with the improvements thereon now numbered 1003 Hatton Street (formerly Monroe Street), in the City of Norfolk, Virginia and more particularly described as follows:

Beginning at a point 30 feet easterly from the south-eastern intersection of Pike (formerly Pine) and Hatton Streets; thence in an easterly direction along the southern line of Hatton Street, 30 feet; thence in a southerly direction and parallel with said Pike Street, 105 feet; thence in a westerly direction 30 feet; and thence northerly, 105 feet to the point of beginning; being a portion of the northern half of Block 14, according to the plan of John M. Hodges' land, duly recorded in the Clerk's Office of the Circuit Court of the City of Chesapeake, Virginia

It is **FURTHER ADJUDGED, ORDERED** and **DECREED** that prior to the actual closing of this sale, the Settlement Agent shall forward to counsel for the debtor in this bankruptcy case and to the Chapter 13 Trustee a proposed Final Settlement Statement and HUD-1 for review and approval. It shall be the responsibility of counsel for the debtor to review the proposed Settlement Statement and HUD-1 to assure the terms of this Order are provided for, and it is

Edrie A. Pfeiffer, Esq.
Hampton Roads Legal Services
154 Newtown Road, Ste. B2-100
Virginia Beach, VA 23462
757-340-3100
admin@hamptonroadslegal.com
Counsel for Debtor(s)

It is **FURTHER ADJUDGED, ORDERED** and **DECREED** that the Settlement Agent shall provide, in addition to any copies otherwise required by Law, a copy of the final Settlement Statement and HUD-1 to counsel for the debtor and Chapter 13 Trustee within two (2) days of the Closing, and it is

It is **FURTHER ADJUDGED, ORDERED** and **DECREED** that counsel for the debtor, shall file with this Court with ten (10) of the estimated closing date, a report of the closing which report will include a copy of the Settlement Statement and the HUD-1 used at the closing, or a new estimated closing date, and

Date: Sep 29 2021

/s/ Stephen C St-John
U. S. Bankruptcy Judge

Entered on Docket: Sep 30 2021

I ASK FOR THIS:

/s/ Edrie A. Pfeiffer
Edrie A. Pfeiffer
Counsel for Debtor


SEEN AND AGREED:

/s/ Warren Uthe Jr.
Warren Uthe Jr. as counsel for Michael P. Cotter, Trustee










Edrie A. Pfeiffer, Esq.
Hampton Roads Legal Services
154 Newtown Road, Ste. B2-100
Virginia Beach, VA 23462
757-340-3100
admin@hamptonroadslegal.com
Counsel for Debtor(s)

## LOCAL RULE 9022-1(C) CERTIFICATION

The foregoing Order was endorsed and served upon all necessary parties pursuant to Local Rule 9022-1(C).


/s/ Edrie A. Pfeiffer
Edrie A. Pfeiffer



**PARTIES TO RECEIVE COPIES**

Edrie A. Pfeiffer, Esquire
154 Newtown Road, Ste. B2-100
Virginia Beach, VA 23462

Office of the U. S. Trustee
200 Granby Mall Room 625
Norfolk, VA   23510

Michael P. Cotter
Trustee

BY CMF

Glenda Stephenson Dunbar
1003 Hatton St
Norfolk, VA 23523




Edrie A. Pfeiffer, Esq.
Hampton Roads Legal Services
154 Newtown Road, Ste. B2-100
Virginia Beach, VA 23462
757-340-3100
admin@hamptonroadslega.com
Counsel for Debtor(s)

United States Bankruptcy Court

Eastern District of Virginia

In re:  
Glenda Stephenson Dunbar  
    Debtor

Case No. 17-71003-SCS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0422-8      User: williamsp      Page 1 of 1  
Date Rcvd: Sep 30, 2021      Form ID: pdford11      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Glenda Stephenson Dunbar, 1003 Hatton St, Norfolk, VA 23523-1813 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Edrie A. Pfeiffer | on behalf of Debtor Glenda Stephenson Dunbar admin@hamptonroadslegal.com noticeshrls@gmail.com;r48254@notify.bestcase.com;12015@notices.nextchapterbk.com;jspenceattorney@gmail.com |
| Michael P. Cotter | ecftng@mpcch13.com |

TOTAL: 2